MARY A. TOPPING, APPELLANT, V. JACOB COHN, APPELLEE.

FILED OCTOBER 4, 1906.    No. 14,549.

Second Appeal: LAW OF CASE. Points necessarily determined by this
    court upon appeal become the law of the case and will not
    ordinarily be departed from in the further course of litigation.
    *Chicago, B. & Q. R. Co. v. Yost*, 61 Neb. 530.

APPEAL from the district court for Otoe county: PAUL
JESSEN, JUDGE. · *Affirmed*.

*John C. Watson*, for appellant.

*W. F. Moran* and *A. P. Moran*, contra.

JACKSON, C.

A judgment favorable to the plaintiff was reversed by
a former opinion of this court, in which the case is fully
stated. *Topping v. Cohn*, 71 Neb. 559. Amended plead-
ings were filed in the district court presenting substan-
tially the same issues, excepting a plea of former adju-
dication in the answer. A second trial resulted in a
judgment for the defendant, and the plaintiff appeals.

The evidence taken at the former trial, with additional
evidence affecting only the question of adverse possession,
is the basis of the present judgment. We are asked to
review our former opinion, but find no satisfactory reason
for doing so. No facts were adduced from the additional
testimony tending to strengthen the plaintiff's case or
change the conclusions formerly reached, and adhering
to the established rule that points necessarily determined
by this court upon appeal become the law of the case and
will not ordinarily be departed from in the further course
of litigation, we recommend that the judgment be affirmed.

DUFFIE, C., concurs.

ALBERT, C., not sitting.

By the Court: For the reasons stated in the foregoing
opinion, the judgment of the district court is

AFFIRMED.